THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT HECTOR, Appellant.

Submitted July 23, 1946; decided July 23, 1946.

*Frank S. Hogan*, District Attorney (*Whitman Knapp* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MYRON GILLESPIE, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.

Submitted July 23, 1946; decided July 23, 1946.

*Nathaniel L. Goldstein, Attorney-General (Emil L. Cohen* of counsel), for motion.

No one opposed.

**Motion** granted and appeal **dismissed.**